| | | | | |
|---|---|---|---|---|
| Bates v. State ................. | 49A05–1606–CR–1321 | 04/06/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Lowder v. State ............... | 49A04–1606–PC–1518 | 04/06/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Eastwood v. State ............. | 07A01–1609–CR–2028 | 04/07/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| D.A. Jr., In Matter of .......... | 33A05–1610–JT–2501 | 04/07/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Ealy v. State .................. | 49A05–1610–CR–2304 | 04/07/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Nelson v. State................ | 49A02–1609–PC–2171 | 04/07/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Butler v. State ................ | 73A01–1609–CR–2238 | 04/07/2017 | VAIDIK, C.J.<br><br>BAILEY, J.<br>ROBB, J. | Remanded with instructions<br>Concurs<br>Concurs |
| Craig v. State ................. | 49A02–1606–CR–1232 | 04/10/2017 | BROWN, J.<br><br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed in part, Reversed in part, and Remanded<br>Concurs<br>Concurs |
| J.H., Matter of ................ | 02A05–1609–JT–2159 | 04/10/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Caudill v. State ............... | 72A01–1609–CR–2066 | 04/10/2017 | MAY, J.<br>NAJAM, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Basford v. State............... | 46A03–1609–CR–2167 | 04/10/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |